THE HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL McTAGGART,

    Plaintiff,

v.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.

Case No.: 12-01293 MJP

**DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF DEFENDANT ACE AMERICAN INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

NOTED ON MOTION CALENDAR
August 24, 2012

I, Rodney Q. Fonda, being duly sworn, depose and state as follows:

1. I am over the age of 18 and am competent to testify to the matters set forth herein. I am the attorney representing defendant ACE American Insurance Company ("ACE American") in this matter. I submit this declaration in support of ACE American's Opposition to Plaintiff's Motion to Remand, specifically plaintiff's counsel's declaration.

2. Some of the communications I have had with plaintiff's counsel regarding the issue of removal are set forth in the declaration of plaintiff's counsel. What is set forth there is not inaccurate in a literal sense. The parts plaintiff's counsel left out, however, distort the total picture of the communications between counsel about this issue.

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF
DEFENDANT OPPOSITION TO MOTION TO REMAND - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

3. Plaintiff's counsel cites his communication of July 31, 2012 and quotes most of the e-mail; I have no quarrel with his representation of that communication.

4. Plaintiff's counsel states that "defense counsel responded" to this communication; in fact, I responded with an e-mail on August 3, 2012 in which, among other things, I pointed out that *Romero* was a Jones Act case.

5. Plaintiff's counsel is correct that he replied with an e-mail on August 8, 2012. The e-mail was sent at 10:51 AM and demanded a response by that same afternoon.

6. August 8, 2012 I was engaged with another case. I saw the e-mail from plaintiff's counsel at lunch time and responded, at 12:43 PM, "I will take another look but it will have to be tomorrow because I'm tied up today."

7. Before any further communication between counsel took place, the motion was filed, August 9, 2012.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

DATED this 20th day of August, 2012, at Seattle, Washington.

By: */s/ Rodney Q. Fonda*
    Rodney Q. Fonda

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF DEFENDANT OPPOSITION TO MOTION TO REMAND - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shane C. Carew (shane@carewlaw.com; carol@carewlaw.com)

DATED this 20th day of August, 2012.

COZEN O'CONNOR

By: */s/ Bonnie L. Enera*
 Bonnie L. Enera, Legal Assistant

SEATTLE\1378329\1 324816.000

DECLARATION OF RODNEY Q. FONDA IN SUPPORT OF DEFENDANT OPPOSITION TO MOTION TO REMAND - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000