HON. MARSHA PECHMAN

**UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT SEATTLE**

|  |  |
|---|---|
| PAUL McTAGGART, <br>       Plaintiff <br><br>       vs. <br><br> ACE AMERICAN INSURANCE <br> COMPANY <br><br>       Defendants | )<br>)<br>)<br>)<br>)  CAUSE NO. C12-1293 MJP<br>)<br>)  **DECLARATION OF SHANE CAREW IN**<br>)  **SUPPORT OF PLAINTIFF'S PETITION**<br>)  **FOR ASSESSMENT OF REASONABLE**<br>)  **ATTORNEYS' FEES**<br>)<br>)<br>)<br>)<br>) |

I, Shane Carew, declare under penalty of perjury, that the following is true to the best of my knowledge and belief:

1.      I am over the 18 years of age, and I am competent to testify to the matters herein

2.      I am a solo practitioner, operating as Shane Carew P.S.,  d/b/a Carew Law Office.

**DECLARATION OF SHANE CAREW - 1**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
SEATTLE, WASHINGTON  98136
Telephone: (206) 587.0590
Fax: (206) 587.2388

3.      Attached hereto as *Exhibit A* is a true and correct copy of my Curriculum Vitae outlining my relevant education, training and legal experience. My hourly rate for legal services is $350.00.

4.      I was retained to represent Mr. McTaggart in the above-referenced lawsuit.

5.      Carew Law Office has incurred a total of $4,970.00 in fees and has incurred no costs. Attached hereto as *Exhibit B* is a true and correct copy of the invoice outlining Carew Law Office's work on this case. As reflected in the attached invoice, the total number of hours billed were reasonable and necessary in order to obtain remand.

6.      I have been practicing maritime law in this community for 32 years. I am familiar with the hourly rates of attorneys with similar levels of experience and expertise in maritime matters.  The rate of $350 is at the low end of the range of fees charged for such services.

7.       In a case currently pending in King County in which I am involved, *MWW, PLLC v. Kiribati Seafood Company, LLC,* No. 10-2-18839-8 SEA (King County), attorneys from three different firms in Seattle with comparable experience to the undersigned filed declarations that their respective reasonable hourly rates were $460 per hour (Lane Powell); $475 per hour (Dorsey & Whitney), and $665 per hour (Perkins Coie).

**DECLARATION OF SHANE CAREW - 2**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
SEATTLE, WASHINGTON  98136
Telephone: (206) 587.0590
Fax: (206) 587.2388

I hereby declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

Dated this 17th day of October, 2012.


_/s/_____
SHANE C. CAREW, WSBA 10988
Attorney for Paul McTaggart
5450 California Ave. SW, Suite 101
Seattle, Washington  98136
Telephone: 206-587-0590
Fax: 206-587-2388
Email:shane@carewlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically served the foregoing document with the Clerk of Court via the CM/ECF system upon all counsel of record on October 17, 2012; as indicated below:


Rodney Fonda
Cozen O'Connor
1201 3rd Avenue, Ste. 5200
Seattle, WA  98101-3071
Email: rfonda@cozen.com
**Via CM/ECF**

____/s/_____
CAROL HARLOW


**DECLARATION OF SHANE CAREW - 3**

CAREW LAW OFFICE
5450 California Avenue SW, Suite 101
SEATTLE, WASHINGTON  98136
Telephone: (206) 587.0590
Fax: (206) 587.2388