HON. MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PAUL McTAGGART,<br>    Plaintiff<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY<br><br>    Defendants | CAUSE NO. C12-1293 MJP<br><br>**ORDER AWARDING ATTORNEYS FEES AND EXPENSES**<br>**28 U.S.C. § 1447**<br><br>**CLERK'S ACTION REQUIRED** |

On October 12, 2012 at docket 11 the Court ordered defendant Ace American Insurance Company to pay attorney's fees, actual expenses and costs to Plaintiff's counsel, Shane Carew.

Plaintiff was ordered to produce an accounting. Id. Plaintiff submitted an accounting with a petition for payment of the fees and costs in the amount of $4,970.00 (Docket 12). Defendants filed a non-opposition to Plaintiff's petition. (Docket 14).

Therefore, it is ORDERED

That defendant Ace American Insurance Company shall pay and deliver a check in the amount of $4,970.00 made out to Shane Carew P.S. in trust for Paul McTaggart and deliver same to plaintiff's counsel within 30 days of the date of this order.

Dated this 25th day of October, 2012.

Marsha J. Pechman
United States District Judge